1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    ART GERARDO,                                    CASE NO. 05cv1099 JM (WMc)

12                              Petitioner,           **ORDER**

13    vs.

      A.K. SCRIBNER, Warden,

14                              Respondent.

15

16          Petitioner, a state prisoner proceeding pro se, has filed a "Notice in Response to Order Denying

17    Motions (1) and (2)." [Doc. No. 21.]  In Petitioner's Notice, he requests the court reconsider its Order

18    dated September 15, 2006.  [Doc No. 20.]  Petitioner's request for reconsideration is **DENIED AS**

19    **MOOT** in light of the Court's filing on October 25, 2006 of a Report and Recommendation [Doc. No.

20    22] addressing the Petition for Writ of Habeas Corpus.

21               **IT IS SO ORDERED.**

22

23    DATED: December 4, 2006

24                                          _____

25                                          Hon. William McCurine, Jr.
                                            U.S. Magistrate Judge
26                                          United States District Court

27    Copy to:

28    HON. JEFFREY T. MILLER, United States District Judge
      ALL PARTIES AND COUNSEL OF RECORD

                                              - 1 -                                    05CV1099